**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JENNIFER MOFFA,

    Plaintiff,

v.                                                                              CASE NO.:  8:17-cv-00011-EAK-JSS

ACE CASH EXPRESS, INC.,

    Defendant.

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

**COMES NOW** the plaintiff, JENNIFER MOFFA, and the defendant, ACE CASH EXPRESS, INC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

| | |
|---|---|
| */s/ Stefan A. Alvarez* | */s/ Franklin G. Cosmen, Jr.* |
| Stefan A. Alvarez, Esq. | Franklin G. Cosmen, Jr., Esq. |
| Florida Bar No. 0100681 | Florida Bar No. 0089214 |
| William Peerce Howard, Esq. | **QUINTAIROS, PRIETO, WOOD** |
| Florida Bar No. 0103330 | **& BOYER P.A.** |
| THE CONSUMER PROTECTION FIRM | 9300 S. Dadeland Blvd, 4th Floor |
| 210-A South MacDill Avenue | Miami, FL 33156 |
| Tampa, FL 33609 | Tampa, FL 33618 |
| Telephone: (813) 500-1500 | Telephone: (305) 670-1101 |
| Facsimile: (813) 435-2369 | Facsimilie: (305) 670-1161 |
| Stefan@TheConsumerProtectionFirm.com | Email: fscosmen@qpwblaw.com |
| Billy@TheConsumerProtectionFirm.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on July 19, 2017 to all parties of record.

                      Respectfully submitted,

                      */s/Stefan A. Alvarez*
                      Stefan A. Alvarez, Esq.
                      Florida Bar No. 0100681